LEONARD KRAWCZYK, Respondent, v. MICHAEL JIMINEZ et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying defendants' motion to dismiss plaintiff's complaint.) Present — Vaughan, J. P., Kimball, Piper, Wheeler and Van Duser, JJ.